UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VIDURRIA, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01896-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT VIDURRIA'S ANSWER<br><br>[ECF No. 22] |

Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Vidurria and Martinez based on Plaintiff's claim of deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On June 2, 2015, Defendant Vidurria filed an answer to Plaintiff's complaint. (ECF No. 15.) On July 24, 2015, Plaintiff filed a reply to Defendant's answer. (ECF No. 22.)

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

1 Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's reply is
2 HEREBY STRICKEN from the record.

4 IT IS SO ORDERED.

5 Dated: **July 27, 2015**

6 UNITED STATES MAGISTRATE JUDGE