UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON, | Case No.: 1:14-cv-01896-SAB (PC) |
| Plaintiff, | |
| v. | ORDER SETTING TELEPHONIC HEARING FOR ORAL ARGUMENT ON DEFENDANT MARTINEZ'S MOTION TO DISMISS FILED JUNE 2, 2015 |
| VIDURRIA, et al., | |
| Defendants. | [ECF No. 14] |

Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 2, 2015, Defendant Martinez filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff filed an opposition on July 6, 2015, and Defendant filed a reply on July 13, 2015. Pursuant to Local Rule 230(l), the Court hereby orders oral argument to address Defendant's motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic hearing for oral argument on Defendant' motion to dismiss will be held on **Wednesday, August 26, 2015, at 11:30 a.m.**, in Courtroom 9 before the undersigned;

2. Counsel for Defendants is directed to arrange for telephone contact with Plaintiff, who is presently incarcerated at the California Medical Facility in Vacaville, California; and

3. Counsel for Defendants is directed to contact Courtroom Deputy, Mamie Hernandez, at **(559) 499-5672**, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **August 12, 2015**

UNITED STATES MAGISTRATE JUDGE