UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON, | Case No.: 1:14-cv-01896-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO DENY DEPOSITION |
| VIDURRIA, et al., | [ECF No. 43] |
| Defendants. | |

Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 6, 2015, Plaintiff filed a motion to deny the taking of his deposition. (ECF No. 43.) Plaintiff contends that Defendants have "illegally" obtained numerous pages of unauthorized private information and requests the postponement of his deposition until the Court resolves his pending motion for sanctions relating to the discovery documents.

Plaintiff submits that Defendants noticed his deposition to take place Tuesday, November 10, 2015 at 9:00 a.m. at the California Medical Facility. (ECF No. 43, Ex. 1.) Although on October 15, 2015, Plaintiff filed a motion for contempt of court and sanctions against defense counsel (ECF No. 35), defense counsel moved to strike the motion which was denied and has now filed a motion for reconsideration of such ruling. (ECF No. 38, 40, 42.) Thus, defense counsel has not yet been heard on Plaintiff's pending motion for contempt of court and sanctions.

1

Plaintiff is advised that the failure to attend a properly noticed deposition may result in an order requiring Plaintiff to pay Defendants the reasonable expenses for attending the deposition, including attorney's fees. Fed. R. Civ. P. 30(g). Plaintiff may also be sanctioned for failing to attend a properly noticed deposition. Fed. R. Civ. P. 37(d). Sanctions may include an order dismissing this action. Fed. R. Civ. P. 37(b)(2)(A)(v). Plaintiff may not delay the deposition by citing to the pendency of his motion for contempt of court and sanctions.

IT IS SO ORDERED.

Dated: __November 9, 2015__

UNITED STATES MAGISTRATE JUDGE