UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>   Plaintiff,<br><br>  v.<br><br>VIDURRIA, et al.,<br><br>   Defendants. | Case No.: 1:14-cv-01896-LJO-SAB (PC)<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR RECONSIDERATION AND PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>[ECF Nos. 41, 42] |

  Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On October 15, 2015, Plaintiff filed a motion for contempt of court and sanctions against the Deputy Attorney General assigned to this action and Deputy Attorney General Kamala D. Harris. (ECF No. 35.) On October 23, 2015, Defendants filed a motion to strike Plaintiff's motion. (ECF No. 38.)

  On October 29, 2015, the Court denied Defendants' motion to strike and directed Defendants to file a response to Plaintiff's motion. (ECF No. 40.)

  On November 5, 2015, Defendants filed a motion for reconsideration of the Court's October 29, 2015, order. (ECF No. 42.) On this same date, Plaintiff filed a motion for an extension of time to file an opposition to Defendants' motion to strike. (ECF No. 41.)

On November 13, 2015, Defendants filed a response to Plaintiff's motion for contempt of court and sanctions, thereby mooting their prior motion for reconsideration. (ECF No. 45.)

Inasmuch as Defendants have filed a response to Plaintiff's motion for contempt of court and sanctions, Defendants' pending motion for reconsideration and Plaintiff's motion for extension of time to file an opposition to the prior motion to strike are DENIED as MOOT. The Court will issue a ruling on Plaintiff's motion for contempt of court and sanctions in due course pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   **November 16, 2015**

UNITED STATES MAGISTRATE JUDGE