UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VIDURRIA, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01896-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT MARTINEZ'S MOTION TO DISMISS<br><br>[ECF No. 31] |

    Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 1, 2015, the Magistrate Judge filed a Findings and Recommendations which recommended denial of Defendant Martinez's motion to dismiss. The Findings and Recommendations were served on the parties and contained notice that objections to the Findings and Recommendations were to be filed within thirty days. Defendant filed objections on October 1, 2015. (ECF No. 33.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. The Court understands Defendant's argument that mere involvement in the grievance process typically does not amount to personal participation for a past constitutional violation; however, in this instance, at the pleading stage, the Court finds that Plaintiff has "alleged more than the mere denial of his inmate grievance to demonstrate an "affirmative link" between

Martinez's conduct and the alleged constitutional violation by Defendant Vidaurri." (ECF No. 6, Findings and Recommendations 6:26-7:1-3.)  Having carefully reviewed the entire file, including Defendant's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on September 1, 2015, are adopted in full; and

2. Defendant Martinez's motion to dismiss is DENIED.

IT IS SO ORDERED.

Dated:  **November 16, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE