**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE THOMPSON, | )  Case No.: 1:14-cv-01896-LJO-SAB (PC) |
| Plaintiff, | ) |
| v. | )  ORDER DENYING PLAINTIFF'S REQUEST |
| | )  FOR COURT ORDER AS UNNECESSARY |
| VIDURRIA, et al., | ) |
| Defendants. | )  [ECF No. 56] |
| | ) |
| | ) |

Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's request for a court order "stating that he is allowed to proceed against Defendant Martinez," filed January 4, 2016 (ECF No. 56 at 2.)

This action is proceeding against Defendants Martinez and Vidaurri for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On June 2, 2015, Defendant Vidurria filed an answer to the complaint, and Defendant Martinez filed a motion to dismiss. (ECF Nos. 14, 15.)  On June 3, 2015, the Court issued the discovery and scheduling order.  (ECF No. 16.)

On November 17, 2015, the Court denied Defendant Martinez's motion to dismiss, and Defendant Martinez filed an answer to the complaint on December 16, 2015.  (ECF Nos. 47, 54.)  On

1

December 17, 2015, the Court extended the discovery and scheduling order to Defendant Martinez and extended the dispositive motion deadlines as to both Defendants.  (ECF No. 55.)

Plaintiff is advised that because Defendant Martinez's motion to dismiss the claims against him was denied, this action is proceeding against Defendant Martinez as well as Defendant Vidurria and a further court order is unnecessary.  Accordingly, Plaintiff's motion for a court order is DENIED.

IT IS SO ORDERED.

Dated:    **January 5, 2016**

UNITED STATES MAGISTRATE JUDGE