UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>VIDURRIA, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-01896-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO ORDER A MANDATORY SETTLEMENT CONFERENCE<br><br>[ECF No. 58] |

Plaintiff Tyrone Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 15, 2016, Plaintiff filed a motion for the Court to order a mandatory settlement conference. Plaintiff's request must be denied as premature.

The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001).

This action is proceeding against Defendants Martinez and Vidaurri for deliberate indifference to a serious medical need in violation of the Eighth Amendment. Both Defendants have filed an answer to the complaint, and the dispositive motion deadline is June 13, 2016. (ECF Nos. 15, 54, 55.)

1

Plaintiff is advised there is no basis for settlement at this juncture.  Plaintiff should contact defense counsel with any settlement offers and should both parties be interested in a settlement conference, the Court will coordinate a settlement conference as requested by the parties.  At this time, however, such an order would be premature, and Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **January 19, 2016**

UNITED STATES MAGISTRATE JUDGE