IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE THOMPSON, | ) | 1:14-cv-01896-LJO-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| vs. | ) | MOTION FOR AN ORDER |
| | ) | COMPELLING DISCOVERY (DOC. |
| VIDURRIA, ET AL., | ) | 72) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY (DOC. 72)

Before the Court is Plaintiff Tyrone Thompson's Motion for an Order Compelling Discovery (Doc. 72).   He requests that Defendants "produce for inspection and copying . . . Plaintiff's medical records especially the 1895 pages of medical information and ERMS disc[overy] they received in April 2015."   (Motion at 2.)

Plaintiff has a right to inspect his medical records maintained by the prison.   15 C.C.R. § 3450 ("Any person . . . has the right to inspect their record."). The California Code of Regulations provides for an "administrative process that provides prisoners with access to nonconfidential information in their central files and medical records."   Whitaker v. Crane, No. 2:13–cv–00505 KJM DAD P, 2014

WL 3895216, at *1 n.1 (E.D. Cal. Aug. 4, 2014); see 15 C.C.R. § 3450 ("Any person on whom the department maintains a record or file containing personal information has the right to inspect their record.").   This regulation authorizes Plaintiff's access to his own files, which he can obtain by "submitting a request in writing pursuant to prison procedures."   Jacobs v. Sullivan, No. 1:05–cv–01625–LJO–GSA–PC, 2012 WL 3704743, at *33 (E.D. Cal. 2012).

It appears that Plaintiff is familiar with and has previously complied with the prison's internal procedure for inspecting his medical record.   Indeed, Plaintiff attached various documents from his medical record to his opposition to Defendants' Motion for Summary Judgment.   (Doc. 75.)   The Court is confident in the prison's internal procedure and orders Plaintiff to comply with that procedure to access the remainder of his records.   15 C.C.R. § 3450.   Therefore, the Court denies Plaintiff's motion for production of his medical records without prejudice to him first exhausting the prison's internal procedure to obtain those documents.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 28, 2016



　　/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Tyrone Thompson v. Vidurria, et al., 1:14-cv-01896 LJO-BMK, ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY (DOC. 72).